UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 15011
    ZACHARY T JOHNSON
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-5099


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 06/11/2008 and was not confirmed.

    The case was dismissed without confirmation 08/18/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC | NOTICE ONLY | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 30064.03 | .00 | .00 |
| WASHINGTON MUTUAL | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL | MORTGAGE ARRE | 33194.48 | .00 | .00 |
| WASHINGTON MUTUAL | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| HITCHCOCK AND ASSOCIATES | PRIORITY | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | 1890.62 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1079.37 | .00 | .00 |
| CITIFINANCIAL RETAIL S | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITIFINANCIAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| GMAC | NOTICE ONLY | NOT FILED | .00 | .00 |
| GMAC | NOTICE ONLY | NOT FILED | .00 | .00 |
| HOUSEHOLD MORTGAGE SERVI | NOTICE ONLY | NOT FILED | .00 | .00 |
| HOUSEHOLD MORTGAGE SERVI | NOTICE ONLY | NOT FILED | .00 | .00 |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MANAGEMEN | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| OSI COLLECTION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| OSI COLLECTION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER CREDIT CORP | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER CREDIT CORP | UNSECURED | NOT FILED | .00 | .00 |
| GENERAL MOTORS ACCEPTANC | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | 250.00 | .00 | .00 |
| STATE COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| ZALE CBUSA | UNSECURED | NOT FILED | .00 | .00 |
| Z DANIELS | NOTICE ONLY | NOT FILED | .00 | .00 |
| MARY DANIEL | NOTICE ONLY | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| GMAC | SECURED NOT I | 3433.15 | .00 | .00 |
| THOMAS R HITCHCOCK | REIMBURSEMENT | 338.50 | .00 | .00 |
| THOMAS R HITCHCOCK | DEBTOR ATTY | 3,500.00 | | .00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 08 B 15011 ZACHARY T JOHNSON

```
TOM VAUGHN                 TRUSTEE                                         .00
DEBTOR REFUND              REFUND                                          .00
        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                                 .00

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                                 .00
ADMINISTRATIVE                                            .00
TRUSTEE COMPENSATION                                      .00
DEBTOR REFUND                                             .00
                             ---------------    ---------------
TOTALS                                  .00               .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 11/19/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE